ESTADO LIBRE ASOCIADO DE PUERTO RICO
EN EL TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| RINCON BROS 3 OZF, LLC.<br><br>    Apelada<br><br>    v.<br><br>RICHARD M. WESTON, *et als.*<br><br>    Apelantes | **KLAN202400961** | *Apelación* procedente del Tribunal de Primera Instancia Sala Superior de Aguada<br><br>Civil Núm. AU2024CV00146<br><br>Sobre: Incumplimiento de contrato; cumplimiento específico |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Bonilla Ortiz y la Jueza Mateu Meléndez.

Bonilla Ortiz, Juez Ponente

## <u>SENTENCIA</u>

En San Juan, Puerto Rico, a 3 de diciembre de 2024.

El 25 de octubre de 2024, Richard M. Weston, Cheryl Moy Goon Yee y la Sociedad Legal de Bienes Gananciales compuesta por ambos ("los apelantes") comparecieron mediante el recurso de apelación de epígrafe. En virtud de este, solicitaron la revisión de una *Sentencia* del Tribunal de Primera Instancia, Sala Superior de Aguada notificada el 8 de octubre de 2024.

No obstante, el 27 de noviembre de 2024, las partes comparecieron mediante una moción conjunta en *Solicitud de Desistimiento*. En esencia, indicaron que habían llegado a un acuerdo confidencial, por ello, solicitaban el desistimiento con perjuicio del recurso.

Así, en consideración a lo manifestado por los apelantes en la moción conjunta de *Solicitud de Desistimiento*, y de conformidad con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A), acogemos la solicitud de desistimiento. En

Número Identificador
SEN2024 _____

consecuencia, se ordena el archivo del recurso de epígrafe.

**Notifíquese**.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones